NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTOPHER CALLOWAY,                  )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-2574
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Richard N. Watts of Richard N. Watts, P.A.,
St. Petersburg, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.